UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:09-CV-00096-F

| | | |
|---|---|---|
| CATHLEEN C. BRYANT, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RECOVERY ONE, LLC, et al., | ) | |
|     Defendants. | ) | |

The court having been informed by counsel that the parties have settled all matters in controversy between them, it hereby is ORDERED that this action is DISMISSED without prejudice for either party to reopen should settlement not be consummated before July 25, 2011. All pending motions are DENIED as moot.

The Clerk of Court is DIRECTED to remove this matter from the trial and pretrial calendars, and to cancel the settlement conference with United States Magistrate Judge David W. Daniel.

The parties are DIRECTED to file their Stipulation of Dismissal *With Prejudice* on or before **July 25, 2011**.

SO ORDERED.

This, the 14th day of June, 2011.

*/s/ James C. Fox*
JAMES C. FOX
Senior United States District Judge